IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHEILA K. BERROCAL, as
Administratrix of the Estate of Luis
Stanley Berrocal and on Behalf of the
Statutory Beneficiaries of the Estate
of Luis Stanley Berrocal                                    PLAINTIFF

v.                    No. 3:16-cv-278-DPM

DEMENT CONSTRUCTION COMPANY
LLC, also known as Dement
Construction Company of TN LLC                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 April 2018